**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUANA SAUNDERS, | ) | Civil Action No. 1:24-cv-00335-SPB |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Filed Electronically |
| | ) | |
| QUICK CARE HOMES, LLC; JAMES HANCOCK; and STEPHANIE POINDEXTER, *jointly and severally*, | ) ) ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND PRETRIAL
<u>DEADLINES FILED BY DEFENDANTS</u>**

Defendants, Quick Care Homes, LLC, James Hancock, and Stephanie Poindexter (collectively, "<u>Defendants</u>"), by and through the undersigned counsel, file the following Motion to Extend Pretrial Deadlines and in support thereof, aver as follows:

1.      On December 9, 2024, Plaintiff, Juana Saunders, filed a Complaint against Defendants. ECF No. 1.

2.      On April 8, 2025, Defendants filed their Answer to Complaint. ECF No. 9.

3.      In May of 2025, Defendants' counsel, Cynthia Howell, Esq. left the firm of Carothers & Hauswirth LLP and no longer represented Defendants and was substituted by Attorney Kyle Steenland on May 14, 2025.

4.      On June 20, 2025, this Honorable Court entered a Case Management Order which required all fact discovery be completed on or before October 18, 2025, and which schedules a post-discovery status conference for November 4, 2025, at 2:00 p.m. ECF No. 20.

5.      In July 2025, Attorney Steenland left the firm of Carothers & Hauswirth LLP, and ceased representation of Defendants.

6.      On July 8, 2025, Attorney Erik M. Yurkovich from Carothers & Hauswirth entered his appearance on behalf of Defendants. ECF No. 21.

7.      Since Attorney Steenland's departure, Attorney Yurkovich has communicated diligently with Attorney Justin M. Bahorich, counsel for Plaintiff, regarding discovery and, more specifically, scheduling conflicts relating to the Case Management Order.

8.      On August 28, 2025, the Parties participated in Mediation but the case did not settle. *See* ECF No. 25.

9.      The Parties have engaged in good faith efforts to complete discovery by the deadline of October 18, 2025 by exchanging written discovery and coordinating the scheduling of depositions.

10.      The written discovery is still being supplemented.

11.      Despite diligent efforts, the Parties are unable to complete discovery by the deadline of October 18, 2025, in part due to Attorney Yurkovich's pre-scheduled appearances in other cases and the ongoing supplementation of written discovery.

12.      Each Party will be prejudiced if required to expedite their efforts to meet the October 18, 2025, deadline and this is a joint motion.

13.      The Parties consent to the extension of the current fact discovery deadline for an additional 90 days, until January 16, 2026, to allow additional time to exchange discovery and conduct depositions.

14.      This extension is not sought for the purpose of undue burden or delay, but due to unforeseen changes in defense counsel and scheduling conflicts.

15.     The Parties have met and conferred and agree that neither will be prejudiced by an extension of 90 days.

WHEREFORE, the Parties respectfully request this Honorable court grant this Joint Motion and enter an Order extending the current discovery deadline by 90 days through January 16, 2026, to allow the Parties to complete meaningful discovery, and that the post-discovery status conference be rescheduled accordingly.


Respectfully submitted,

Date: September 16, 2025


**J.P. WARD & ASSOCIATES, LLC**

/s/ *Justin M. Bahorich*
Justin M. Bahorich, Esq.
PA I.D. No. 329207
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
jbahorich@jpward.com
*Counsel for Plaintiff*

**CAROTHERS & HAUSWIRTH LLP**

/s/ *Erik M. Yurkovich*
Erik M. Yurkovich, Esq.
PA I.D. No. 83432
Foster Plaza 10
680 Andersen Drive
Suite 230
Pittsburgh, PA 15220
eyurkovich@ch-legal.com
*Counsel for Defendants*